# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: INEZ REED  
2165 RUBY LANE  
DEKALB, IL  60115

SSN-xxx-xx-9911

Case Number: 04-73556

Case filed on: 7/13/2004  
Plan Confirmed on: 9/24/2004

D Dismissed

Total funds received and disbursed pursuant to the plan: $13,140.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY GARY C FLANDERS | 2,100.00 | 2,100.00 | 2,100.00 | 0.00 |
|  | Total Legal | 2,100.00 | 2,100.00 | 2,100.00 | 0.00 |
| 010 | FORD CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | MARQUETTE NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| 201 | THE RAMSEY LAW FIRM PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 208 | PREMIER BANKCARD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | INEZ REED | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CAPITAL ONE AUTO FINANCE | 5,000.00 | 5,000.00 | 5,000.00 | 837.46 |
| 002 | SECURITY FINANCE | 662.95 | 662.95 | 662.95 | 111.44 |
| 023 | EDAN'S GARDEN APARTMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | SECURITY FINANCE | 719.34 | 137.05 | 137.05 | 24.10 |
|  | Total Secured | 6,382.29 | 5,800.00 | 5,800.00 | 973.00 |
| 001 | CAPITAL ONE AUTO FINANCE | 2,358.46 | 2,358.46 | 533.60 | 0.00 |
| 002 | SECURITY FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ADVANCE AMERICA | 1,033.00 | 1,033.00 | 233.72 | 0.00 |
| 004 | AMERICASH LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | BENEFICIAL / MIDLAND CREDIT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CHECK INTO CASH INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | COMPUTER CREDIT SERVICE COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | PREMIER BANKCARD/CHARTER | 474.67 | 474.67 | 107.39 | 0.00 |
| 009 | FORD MOTOR CREDIT COMPANY | 5,843.38 | 5,843.38 | 1,322.07 | 0.00 |
| 011 | GREENPRIAR PLACE APARTMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | HOLLYWOOD CASINO | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ILLINOIS TITLE LOANS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | MARQUETTE NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | MERCHANT DIRECT SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | JEFFERSON CAPITAL SYSTEMS, LLC | 3,673.23 | 3,673.23 | 831.07 | 0.00 |
| 018 | SECURITY FINANCE | 340.19 | 340.19 | 76.97 | 0.00 |
| 019 | THE CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | THE LOAN COMPANY | 134.00 | 134.00 | 30.32 | 0.00 |
| 022 | AFNI/VERIZON | 568.04 | 568.04 | 128.52 | 0.00 |
| 024 | SECURITY FINANCE | 0.00 | 582.29 | 131.74 | 0.00 |
|  | Total Unsecured | 14,424.97 | 15,007.26 | 3,395.40 | 0.00 |
|  | Grand Total: | 22,907.26 | 22,907.26 | 11,295.40 | 973.00 |

Total Paid Claimant:     $12,268.40  
Trustee Allowance:       $871.60  
Percent Paid Unsecured:  22.62

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007                By  /s/Heather M. Fagan